**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| ADP, INC. DEALER SERVICES, | ) | CASE NO. 1:08CV2378 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CRANDALL FORD, INC., | ) | |
| | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

      The Court has filed its Order granting Plaintiff's unopposed motion for attorney fees and costs in the amount of $8,811.25 in the above-captioned matter. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

      IT IS SO ORDERED.

      S/Christopher A. Boyko
      HONORABLE CHRISTOPHER A. BOYKO
      UNITED STATES DISTRICT JUDGE

March 16, 2009